**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Adam G. Young
Meade Young LLC
556 Jefferson St, Ste 200
Lafayette LA 70501

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on December 18, 2019

**REHEARING ACTION: December 18, 2019**

**Docket Number: 19   00186-CA**

**HERBERT G. BLISS**
**VERSUS**
**LAFAYETTE PARISH SCHOOL BOARD**
**SALES TAX DIVISION, ET AL.**

**Appealed from Lafayette Parish Case No. 20175290**

**BEFORE JUDGES:**

   **Hon. John D. Saunders**
   **Hon. Phyllis M. Keaty**
   **Hon. Jonathan W. Perry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Herbert G. Bliss** has this day been

   **GRANTED.**  See opinion on rehearing also rendered today,
   December 18, 2019.

cc: Drew M. Talbot, Counsel for the Appellee